MURRAY R. REALTY CO., INC., Appellant, *v.* PRESIDENT AND
DIRECTORS OF THE MANHATTAN COMPANY, Respondent.

Supreme Court, Appellate Term, First Department, January 29, 1937.

*Siegeltuch & Butler* [*Myron Butler* of counsel], for the appellant.
*Raymond B. Stringham*, for the respondent.

PER CURIAM. The evidence established that the seller, by the
proposed contract, attempted to change one of the terms of sale
which its representative Maher had communicated to the plaintiff,
broker, and that the deal fell through because of such change.
Under such circumstances, the plaintiff was entitled to recover
its commissions and the existence of a writing to the effect that
no compensation was to be deemed earned until title actually
passed did not defeat such right. (*Colvin* v. *Post Mortgage & Land
Co.*, 225 N. Y. 510; *Amies* v. *Wesnofske*, 255 id. 156.) Nor did
the writing have the effect of excluding proof as to the terms upon
which the property was to be offered for sale, for it specifically
stated that data with reference to the property had been delivered
to the broker. That purchaser's representative was ready and able
in purchaser's behalf to close on the terms communicated was
sufficiently established.

It further appeared from the evidence, at least *prima facie*,
that Maher, the defendant's representative, had authority to com-
municate terms of sale. There was no denial of that agency or
testimony to contradict plaintiff's version as to what Maher had
said with respect to the terms of the subject mortgage. In the
absence of such contradiction, plaintiff's right to its commissions
was established.

Judgment reversed, with costs, and judgment directed for the
plaintiff for $2,000, with interest and costs.

All concur. Present — LEVY, HAMMER and CALLAHAN, JJ.